Endicott
6/12/17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
JUN 1 2 2017
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>Ricardo Manuel NAVA,<br><br>   Defendant. | Case No.: **'17MJ1863**<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 21 U.S.C. § 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

On or about June 11, 2017, within the Southern District of California, Defendant, Ricardo Manuel NAVA, did knowingly and intentionally import 500 grams and more, to wit: approximately 4.42 kilograms (9.74 pounds), of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
Victor Renteria, CBP Officer
U.S. Customs and Border Protection

Sworn to before me and subscribed in my presense, this 12th day of June 2017.

_____
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

On June 11, 2017, at approximately 8:00 A.M., Ricardo Manuel NAVA (Defendant), a citizen of Mexico, was awaiting entry into the United States from Mexico via the Otay Mesa, California, Port of Entry (POE) as the driver and sole visible occupant of a 2005 Nissan Altima bearing Baja California license plates. Upon inspection before a United States Customs and Border Protection (CBP) Officer, who conducting pre-primary roving operations, Defendant identified himself with his Border Crossing Card (DSP-150) and said he was going shopping in Chula Vista, California with nothing to declare from Mexico. Defendant said the vehicle was his, having bought it three months ago.

During the officers inspection a canine unit was called to screen the car because sprayed mud was found in the rear area. After the canine alerted to the vehicle's quarter panels, Defendant was secured and escorted to secondary inspection.

In secondary, the vehicle was screened through the Z-Portal, X-Ray machine which showed anomalies in the quarter panels and several plastic wrapped packages were found when the quarter panel was removed. One randomly selected package was probed which tested positive for the characteristics of methamphetamine. A total of eighteen packages, with an aggregate weight of 4.42 kilograms (9.74 pounds) of methamphetamine, were removed from the vehicle.

Defendant was advised of his Miranda Rights and elected to give a statement without the benefit of counsel. Defendant admitted he knew of the drugs hidden in the vehicle he was driving. He stated he agreed to transport the drugs into the United States for $4,000.00 and if successful was call someone for further instructions on where to deliver.

Defendant was arrested and charged with violation of Title 21, United States Code, 952 and 960, Unlawful Importation of a Controlled Substance.